In The United States District Court
For The Eastern District of North Carolina
19-CVS-3043

Albert C. Burgess
Plaintiff

v.

Motion to Amend
Rule 15 - FRCP

Pfizer,
Defendant

To: The Court

The Plaintiff may Amend his complaint, freely, as the matter has yet to be Removed and the Defendant has not Answered the complaint.

Plaintiff moves to Amend his complaint concerning damages. The Plaintiff moves to show his damages as NOT $11,000,000.00 but is Amended to show total damages as $74,999.00.

This the 17th of Dec. 2019.

Albert C. Burgess
PO Box 1000
Marion, ILL. 62959

C of S

A true copy of this was sent to Matt DeAntonio 214 ___ Tryon St, Charlotte, NC 28202 ___ by PCM 12/17/19.