# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| ALBERT C. BURGESS, JR. ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:19-CV-235-FL |
| PFIZER, INC. ) | |
|        Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss, plaintiff's motion to amend and plaintiff's motion for sanctions.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 9, 2020, and for the reasons set forth more specifically therein, plaintiff's motion to amend is denied in part and granted in part, plaintiff's motion for sanctions is denied and defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED with prejudice.

**This Judgment Filed and Entered on April 9, 2020, and Copies To:**
Albert C. Burgess, Jr. (via US mail) 88539-071, Marion-USP, P O Box 1000, Marion, IL 62959
Matthew S. DeAntonio (via CM/ECF Notice of Electronic Filing)

April 9, 2020                PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk